IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FELIX LUIS COLON, JR.,

    Petitioner,                    No. CIV S-06-2500 FCD DAD P

    vs.

UNKNOWN,

    Respondent.              <u>ORDER</u>

                                 /

        The court has received petitioner's untimely request for an extension of time to file objections to findings and recommendations. The findings and recommendations were adopted on December 13, 2006, and judgment was entered accordingly. If petitioner is now prepared to commence a habeas proceeding, he must do so by submitting a properly completed habeas petition to the appropriate court with the $5.00 filing fee or an application to proceed in forma pauperis. Petitioner cannot proceed in this closed case. IT IS ORDERED that petitioner's untimely request for extension of time filed December 11, 2006 is denied as moot.

DATED: December 14, 2006.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
colo2500.den